**Dock Perry GLENN**

v.

**R. O. SETTLE, Warden, et al.**

**No. 17147.**

United States Court of Appeals
Eighth Circuit.

Aug. 21, 1962.

Dock Perry Glenn, pro se.

F. Russell Millin, Kansas City, Mo., for respondent.

PER CURIAM.

Petition for injunction, writ of habeas corpus, writ of mandamus and execution denied.

**Arthur J. GOLDBERG, Secretary of Labor, etc.**

v.

**HARDAWAY CONTRACTING CO. et al.**

**No. 17087.**

United States Court of Appeals
Eighth Circuit.

Aug. 6, 1962.

Charles Donahue, Solicitor of Labor, and Jacob I. Karro, Acting Asst. Solicitor, for appellant.

Tom B. Slade, Columbus, Ga., for appellees.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.

**The INTERNATIONAL HARVESTER COMPANY OF AMERICA**

v.

**Marks O. MORRISON.**

**No. 7099.**

United States Court of Appeals
Tenth Circuit.

Aug. 9, 1962.

Appeal from the United States District Court for the District of Colorado.

Clarence L. Bartholic, Denver, Colo., for appellant.

Rexford L. Mitchell, Rocky Ford, Colo., for appellee.

Before PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed, 204 F.Supp. 6, pursuant to stipulation.

**Jewel MAXSON**

v.

**CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY.**

**No. 6990.**

United States Court of Appeals
Tenth Circuit.

June 15, 1962.

Howard K. Berry, Oklahoma City, Okl., for appellant.

Loyd Benefield and John A. Johnson, Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed, pursuant to stipulation.